# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160670 & (23)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 160670
COA: 348984
Kalamazoo CC: 1994-000707-FC

JOHNATHAN THOMAS,
        Defendant-Appellant.

_____/

On order of the Court, the motion to hold the defendant's application for leave to appeal in abeyance for *People v Manning* (Docket No. 160034) is considered, and it is GRANTED. We ORDER that the application for leave to appeal the September 24, 2019 order of the Court of Appeals be held in ABEYANCE pending the decision in *Manning*.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



Clerk

s0831